# United States District Court

**FILED**

SEP 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAVID HAMILTON #06184-017
_____
Plaintiff's name and ID Number

BEAUMONT LOW FCC
_____
Place of Confinement

v.

CASE NO. 07 1692
(Clerk will assign the number)

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

ALBERTO GONZALES, ET EL
_____
Defendant's name and address

I, DAVID HAMILTON, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment          Yes☐ No☑
   b. Rent payments, interest or dividends?                 Yes☐ No☑
   c. Pensions, annuities or life insurance payments?       Yes☐ No☑
   d. Gifts or inheritances?                                Yes☐ No☑
   e. Family or friends?                                    Yes☐ No☑
   f. Any other sources?                                    Yes☐ No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____
   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐   (No☐)
   If you answered YES, state the total value of the items owned.

   _____

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property,

RECEIVED
AUG 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

excluding ordinary household furnishings and clothing?

Yes☐        (No☐)

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __4th__ day of __Aug__, __07__

_____  06184-017
Signature of Plaintiff       ID Number

YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.

Revised 6-97

# Inmate Statement

| | | | |
|---|---|---|---|
| Inmate Reg #: | 06184017 | Current Institution: | Beaumont FCC |
| Inmate Name: | HAMILTON, DAVID | Housing Unit: | BML-W-B |
| Report Date: | 08/06/2007 | Living Quarters: | W07-035L |
| Report Time: | 2:37:12 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BMA | 8/2/2007 12:20:36 PM | 79 | | | Sales | ($8.20) | | $0.16 |
| BMA | 8/2/2007 12:18:28 PM | 78 | | | Sales | ($51.65) | | $8.36 |
| BMA | 7/26/2007 11:44:51 AM | 39 | | | Sales | ($1.55) | | $60.01 |
| BMA | 7/26/2007 11:42:26 AM | 38 | | | Sales | ($139.10) | | $61.56 |
| BMA | 7/19/2007 12:00:57 PM | 60 | | | Sales | ($2.80) | | $200.66 |
| BMA | 7/19/2007 11:57:40 AM | 59 | | | Sales | ($148.65) | | $203.46 |
| BMA | 7/12/2007 12:57:28 PM | 99 | | | Sales | ($109.90) | | $352.11 |
| BMA | 7/8/2007 6:03:44 PM | 33320107 | | | Western Union | $50.00 | | $462.01 |
| BMA | 7/5/2007 1:04:52 PM | 33319907 | | | Western Union | $200.00 | | $412.01 |
| BMA | 7/3/2007 6:05:46 PM | 33319707 | | | Western Union | $100.00 | | $212.01 |
| BMA | 7/3/2007 12:17:28 PM | TFN0703 | | | Phone Withdrawal | ($68.00) | | $112.01 |
| BMA | 7/3/2007 11:43:35 AM | 146 | | | Sales | ($38.55) | | $180.01 |
| BMA | 7/3/2007 7:27:58 AM | 40 | | | Sales | ($2.80) | | $218.56 |
| BMA | 7/3/2007 7:26:55 AM | 39 | | | Sales | ($0.50) | | $221.36 |
| BMA | 7/3/2007 7:25:26 AM | 38 | | | Sales | ($59.05) | | $221.86 |
| BMA | 7/3/2007 7:22:48 AM | 37 | | | Sales | ($104.95) | | $280.91 |
| BMA | 7/2/2007 5:06:10 PM | 33319607 | | | Western Union | $200.00 | | $385.86 |
| BMA | 7/2/2007 1:05:50 PM | 33319607 | | | Western Union | $50.00 | | $185.86 |
| BMA | 6/30/2007 6:27:06 PM | TFN0630 | | | Phone Withdrawal | ($75.00) | | $135.86 |
| BMA | 6/30/2007 2:04:22 PM | 33319507 | | | Western Union | $150.00 | | $210.86 |
| BMA | 6/30/2007 8:40:08 AM | TFN0630 | | | Phone Withdrawal | ($24.00) | | $60.86 |
| BMA | 6/29/2007 3:16:44 AM | TX062907 | | | Transfer - In from TRUFACS | $84.86 | | $84.86 |

**Total Transactions: 22**

Totals: $0.16    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BMA | $0.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.16 |
| Totals: | $0.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.16 |

07 1692

**FILED**

SEP 2 4 2007



NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT